UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

PACHECO ARIA-GONZALEZ        )
                             )
    Petitioner,               )
                             )
vs.                          )   Case No. 4:15-cv-00523-WMA-SGC
                             )
ERIC H. HOLDER, JR., et al   )
                             )
    Respondents.              )

**MEMORANDUM OPINION**

This is a petition for writ of habeas corpus filed by Pacheco Aria-Gonzalez, pursuant to 28 U.S.C. § 2241, challenging his detention pending removal under the Immigration and Nationality Act. On June 29, 2016, Respondents filed a motion to dismiss the petition as moot. (Doc. 14). In the motion, Respondents note that Petitioner was removed from the United States on June 7, 2016—the same day the magistrate judge entered a report (Doc. 13) recommending the petition be denied. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed. A separate order will be entered.

**DONE** this 1st day of July, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE